UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| EDWARD DONALD,<br><br>               Petitioner,<br><br>vs.<br><br>WARDEN HUDGINS, F.P.C. YANKTON;<br><br>               Respondent. | 4:18-CV-04017-KES<br><br><br>ORDER FOR SERVICE |

Petitioner, Edward Donald, an inmate at the Yankton Federal Prison Camp, in Yankton, South Dakota, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court directs the petition in this case be served and that a response be filed. Accordingly,

IT IS ORDERED that:

(1) the Clerk of Court shall serve upon respondent and the United States Attorney for the District of South Dakota a copy of the petition and this order;

(2) within 21 days after service, respondent is directed to show cause why a writ pursuant to 28 U.S.C. § 2241 should not be granted;

(3) petitioner may file a reply within 14 days of service of the respondent's response.

DATED this 2nd day of February, 2018.

                            BY THE COURT:

                            _/s/ Veronica L. Duffy_
                            VERONICA L. DUFFY
                            United States Magistrate Judge